# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

---

## FIRST DEPARTMENT, APRIL, 1919.

COMISION REGULADORA DEL MERCADO DE HENEQUEN, Respondent, v. NICHOLAS ESCALANTE BATES, Appellant, Impleaded with VICTOR A. RENDON.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NICHOLAS CASSATA, Appellant, v. CONVENT COURT CORPORATION, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

HARRY RAYMOND and Others, Copartners, etc., Appellants, v. HARTFORD FIRE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MARCUS MAYER and Others, Respondents, v. ANGELO R. MONZO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES REGA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

FRIEDA HEMPEL, Respondent, v. CEDARHURST ESTATES, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on Complaint of LENA BECKMAN, Respondent, v. HARRY WOSTEIN (Correct Name HARRY WERSTEIN), Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

ALBERT DEINLEIN, Appellant, v. LION BREWERY OF NEW YORK CITY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.